THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Amy R. Workman,       
Appellant.
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2004-UP-568
Submitted November 1, 2004  Filed November 15, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Appellant, Amy R. Workman, 
 was indicted for and convicted of distribution of crack cocaine.  The trial 
 judge sentenced Workman to five years imprisonment.  Workmans counsel attached 
 to the brief a petition to be relieved as counsel, stating that she had reviewed 
 the record and concluded this appeal lacks merit.  Workman has not filed a separate 
 pro se brief.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
 HUFF, BEATTY ,and KITTREDGE, JJ., concur.

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.